# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:12-cr-00066-MR-DLH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| (3) NANCY DIRAFFAELE and | ) | |
| (4) GARY HOFFMAN. | ) | |

**THIS MATTER** is before the Court on the Government's Supplemental Motion for Preliminary Order of Forfeiture [Doc. 103].

Upon review of the motion, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the Defendants may file any response they may have to the Government's Supplemental Motion for Preliminary Order of Forfeiture [Doc. 103].

**IT IS SO ORDERED**.

Martin Reidinger
United States District Judge